UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Gary G. Weishaar,<br><br>  Plaintiff,<br><br>  v.<br><br>Avis Budget Car Rental, LLC,<br><br>  Defendant. | Civil Action No. 2:25–cv–401 |

## ORDER

On or before July 11, 2025, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c), and its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 25th day of June 2025.

                                              */s/ Kevin J. Doyle*
                                              Kevin J. Doyle
                                              United States Magistrate Judge